**CF CRESPE LLC, Appellant**

v.

**SILICON LABORATORIES INC., Appellee**

**2017-1072**

United States Court of Appeals, Federal Circuit.

December 7, 2017

Craig Robert Smith, Lando & Anastasi, LLP, Cambridge, MA, argued for appellant. Also represented by Eric P. Carnevale.

Peter J. Ayers, Law Office of Peter J. Ayers, Austin, TX, argued for appellee.

(Dyk, Schall, and Reyna, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**